VIVIAN RICHTER, Appellant, v. TRAILWAYS OF NEW ENGLAND, INC., Respondent

738

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.